# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1364
LT Case No. 60-2025-CA-148

_____

SHAUN PATRICK STEWART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Erin Corcoran Daly, Judge.

Shaun Patrick Stewart, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

April 28, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————